## Pennsylvania Trust Company of Scranton *v.* Owens, Executrix, Appellant et al.

Argued March 8, 1939.

Before KELLER, P. J., CUNNINGHAM, BALDRIGE, STADTFELD, PARKER and RHODES, JJ.

*A. Floyd Vosburg,* with him *A. A. Vosburg,* for appellant.

*Mott Peck,* with him *George L. Peck,* for appellee.

OPINION BY BALDRIGE, J., April 21, 1939:

This case was argued with that of *Beckman, Secretary of Banking, v. Owens, Executrix,* 135 Pa. Superior Ct. 404, 5 A. 2d 626. The material facts and the legal questions are the same as involved therein. Our opinion, handed down this day, in that case disposes of the controversy and it is unnecessary to repeat what we there said.

Judgment is affirmed.